**Order entered June 13, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00440-CV

### IVERY CLARK WILLIAMS, Appellant

### V.

### NATALIE STEVENS, ET AL., Appellees

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-22-00388-B**

## ORDER

The Court has requested the parties file letter briefs addressing an issue with its jurisdiction. On June 1, the Court received but did not file two letter briefs from appellant in the mail and, on the same date, appellant hand-delivered a letter brief at 8:45 a.m. which was filed. Before the Court is appellant's June 8, 2022 "Plaintiff Motion to Hear the Second Memorandum 3 Page Brief." Appellant asks that this Court consider the hand-delivered letter brief filed at 8:45 a.m. on June 1. Appellant is not asking for consideration of the other two letter briefs because they

were not served on opposing counsel.  The other two letter briefs that were mailed

to the Court have been marked only as received, not filed.  Accordingly, we grant

appellant's motion to the extent that the Court will consider the letter brief filed on

June 1 at 8:45 a.m.

/s/    CRAIG SMITH
JUSTICE